# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1911
Lower Tribunal No. 23-15265
_____

**Marta De Leon,**
Appellant,

vs.

**Fiordaliza Bustamante,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Legon, Fodiman & Sudduth, P.A., and William F. Rhodes, for appellee.

Before LINDSEY, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. See United Brands, S.A. v. Diageo Dominicana, S.R.L., 209

So. 3d 67, 68–9 (Fla. 3d DCA 2016) (affirming the issuance of an anti-suit

injunction against the defendant who initiated litigation against the plaintiff in the Dominican Republic despite an agreement executed by the parties which stated that litigation may only be brought in Miami-Dade County, Florida); see also Rich v. Narog, 366 So. 3d 1111, 1118 (Fla. 3d DCA 2022) ("Specifically, it is incumbent upon the nonmoving party to come forward with evidentiary material demonstrating that a genuine issue of fact exists as to an element necessary for the non-movant to prevail at trial.").